# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### TERRE HAUTE DIVISION

| | |
|---|---|
| BRADLEY J. LOWE, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 2:17-CV-00156-JMS-MJD |
| VIGO COUNTY INDIANA, JUDITH ANDERSON, in her official capacity as Vigo County Commissioner, BRAD ANDERSON, in his official capacity as Vigo County Commissioner, and JON MARVEL, in his official capacity as Vigo County Commissioner, | ) |
| Defendants. | ) |

> Dismissal with prejudice acknowledged.
> JMS, CJ, 12/27/17
> Distribution via ECF.

## PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now the Plaintiff Bradley J. Lowe, by counsel, and moves the Court to dismiss the above captioned action, with prejudice, each party to bear its own costs and fees, on the basis that it has been fully settled and compromised.

Respectfully submitted,

/s/Robert P. Kondras, Jr.
Robert P. Kondras, Jr.
HUNT, HASSLER, KONDRAS & MILLER LLP
100 Cherry Street
Terre Haute, IN 47807
812-232-9691
812-234-2881 Fax
kondras@huntlawfirm.net

ATTORNEY FOR PLAINTIFF